United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-30155 |
| | § | |
| ALLIANCE FARM AND RANCH, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | § | |
| | § | |
| IN RE: | § | CASE NO. 25-31937 |
| | § | |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**
**(Relates to ECF # 40)**

The Court considered the *Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief* (the "Motion")[1] filed by Alliance Farm and Ranch, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"). The Court, having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1.    The above-referenced Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-30155.  Additionally, the following checked items are ordered:

   √   One disclosure statement and plan of reorganization may be filed for the jointly administered cases by any plan proponent.

   √   All of the jointly administered cases not previously assigned to Judge Perez are hereby transferred to Judge Perez.

   √   Parties may request joint hearings on matters pending in either of the jointly administered Chapter 11 Cases.

   √   Other: See below.

2.    All pleadings and other documents to be filed in the jointly-administered Chapter 11 Cases shall be filed and docketed in the case of Alliance Farm and Ranch, LLC, Case No. 25-30155.

3.    A docket entry, substantially similar to the following, shall be entered on the docket of the Alliance Energy Resources, LLC case:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas directing joint administration of this case solely for procedural purposes with the Chapter 11 Case of Alliance Farm and Ranch, LLC, Case No. 25-30155.  **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 25-30155.**

4.    Any party in interest may request joint hearings on matters pending in any of these Chapter 11 Cases.

5.    The Debtors shall maintain one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

4900-1042-6417, v. 2

6. The Debtors may file monthly operating reports and post-effective date quarterly operating reports on a consolidated basis for the jointly-administered Debtors; *provided, however*, that income and disbursements shall be tracked and broken out on a Debtor-by-Debtor basis.

7. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly-administered Debtors, except as otherwise provided in any other order of this Court.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective Chapter 11 Cases.

9. Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or Bankruptcy Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

10. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

11. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 23, 2025

*(signature)*
Alfredo R Pérez
United States Bankruptcy Judge

4900-1042-6417, v. 2

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-31937-arp |
| Alliance Energy Partners, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Apr 23, 2025 | Form ID: pdf001 | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| intp | + | Dustin Etter, 2520 Caroline, 2nd Floor, Houston, TX 77004-1000 |
| cr | + | IAE International, Inc, co Renshaw PC, 2900 Weslayan, Suite 360, Houston, TX 77027-5132 |
| 12918582 | + | 405 Technology Solutions, PO Box 8433, Moore, OK 73153-8433 |
| 12918583 | + | ADM Machine Shop, 14217 HWY TX-105, Conroe, TX 77306-5356 |
| 12918585 | + | AI Driller Inc, 1801 W Wall St, Midland, TX 79701-6531 |
| 12918592 | | ASAP Thread Protectors, Jose Carrasco, Houston, TX 77066 |
| 12918584 | + | Adobe Oilfield Services, Ltd, 705 W. Hillmont, Odessa, TX 79764-1931 |
| 12918586 | | All-American Trucking, P.O. Box 270568, Houston, TX 77277-0568 |
| 12918587 | + | Alliance Drilling Tools, LLC, PO Box 1503, Evanston, WY 82931-1503 |
| 12918588 | + | Alliance Farm and Ranch, 5450 Honea Egypt Rd., Montgomery, TX 77316-2364 |
| 12918590 | + | ArcoTech Drilling Solutions, REME Technologies dba Arcotech, PO Box 916, Broussard, LA 70518-0916 |
| 12918591 | + | Arrington Directional LLC, Camp Arrington, 2029 Eagle View Dr., Navasota, TX 77868-3951 |
| 12918593 | + | Bench Tree Rentals, LLC, 2933 E. Davis, Conroe, TX 77301-7216 |
| 12918595 | + | Big H Transport LLC, PO Box 215, Dobbin, TX 77333-0215 |
| 12918596 | + | Black Diamond, 15425 North Freeway Suite 350, Houston, TX 77090-6016 |
| 12918598 | + | Brent William Smith, 16516 El Camino Real, Suite 406, Houston, TX 77062-5723 |
| 12918599 | + | Brittany Lopez CPA PC, 7 Grogans Park, Suite 10, The Woodlands, TX 77380-2402 |
| 12918600 | + | Cavare Inc, Bill Beattie, 12066 FM 3083 Rd, Conroe, TX 77301-6104 |
| 12918601 | + | Conroe Welding Supply Inc, 415 South Frazier, Conroe, TX 77301-5098 |
| 12918602 | + | DAC Electrical Services, LLC, 7926 Adcock Acres Dr., Conroe, TX 77303-4014 |
| 12918603 | + | DAVM, LLC, 12419 Bagwell Rd, Willis, TX 77378-4705 |
| 12918604 | | DIG, PO Box 916, Broussard, LA 70518-0916 |
| 12918605 | | Directional Manufacturing and Supply, 1098 Marcon Dr, Lafayette, LA 70507 |
| 12918606 | + | Discovery Downhole Services, 1855 Skyview Dr., Casper, WY 82601-9641 |
| 12918607 | + | Downhole Works LLC, 28723 Shirley Court, Magnolia, TX 77355-5613 |
| 12918608 | + | Drakewell LLC, 3324 NW 135TH ST, Oklahoma City, OK 73120-4054 |
| 12918609 | + | Dril Tech, LLC, PO Box 622039, Dallas, TX 75262-2039 |
| 12925536 | + | Drilling Tools International, 10370 Richmond Avenue, Suite 1000, Houston, TX 77042-4157 |
| 12918610 | + | Drilling Tools International, 1514 South County Road 1309, Midland, TX 79707-5839 |
| 12918612 | + | Dura Coatings, 13920 South Meridian, Oklahoma City, OK 73173-8804 |
| 12918613 | + | Dustin Etter, c/o Noah E. W. Meek, Irelan McDaniel, PLLC, 2520 Caroline, 2nd Floor, Houston, TX 77004-1000 |
| 12918614 | + | Dyna-Drill, 23400 Colonial Parkway, Katy, TX 77493-3598 |
| 12918615 | + | Dyna-Drill Technologies LLC, 23400 Colonial Parkway, Katy, TX 77493-3598 |
| 12918616 | + | DynoMax Drilling Tools USA, Inc., 2830 Farrell Road, Houston, TX 77073-4106 |
| 12918618 | + | Ferretville Investments LLC, 20008 Champion Forest Dr., Suite 1204, Spring, TX 77379-8697 |
| 12918620 | + | Gator Technologies, 2017 Traders Ridge Drive, Conroe, TX 77301-2153 |
| 12918621 | + | GeoGuidance Drilling Services, P.O. Box 42647, Bakersfield, CA 93384-2647 |
| 12918623 | + | Gordon Technologies LLC, PO Box 1486, Scott, LA 70583-1486 |
| 12918624 | + | IAE International, Inc. d/b/a Sniper, 13300 Stonefield Dr., Houston, TX 77014-2923 |
| 12918625 | + | IMECH - Innovative Mech. Solutions, LLC, 2418 Greens Rd, Houston, TX 77032-1332 |
| 12918626 | + | InMotion Technical Support, P.O. Box 770391, Houston, TX 77215-0391 |

Case 25-31937   Document 6   Filed in TXSB on 04/25/25   Page 5 of 6

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf001 | Total Noticed: 74 |

| | | |
|---|---|---|
| 12918627 | + | Innova Drilling and Intervention, 3050 Post Oak Blvd Suite 510, Houston, TX 77056-6512 |
| 12918628 | + | J & B Breakout Unit Repairs LLC, PO Box 604, Conroe, TX 77305-0604 |
| 12918629 | + | Justin Renshaw, 2900 Weslayan, Suite 360, Houston, TX 77027-5132 |
| 12918630 | | Keystone Manufacturing, 12243 Northwoods Park Drive Suite A, Houston, TX 77041 |
| 12918631 | + | Kyle V. Littlefield, 32084 Ponderosa Way, Evergreen, CO 80439-6645 |
| 12918633 | + | LMJ Solutions Oilfield Services, 2700 Industrial Ln, Conroe, TX 77301-4072 |
| 12918632 | + | Lion Inspection Services, 3002 Farrell Rd, Houston, TX 77073-3007 |
| 12918634 | + | Lone Star Trucking, P.O. Box 872, Odessa, TX 79760-0872 |
| 12918635 | + | NOS, 2800 Broadway, Suite C-709, Pearland, TX 77581-9502 |
| 12918636 | + | On Point Logistics, 15814 Champion Forest Dr. Suite 1083, Spring, TX 77379-7141 |
| 12918637 | + | Pegasus NGV Trucking, PO Box 689, Broussard, LA 70518-0689 |
| 12918638 | + | Performance Power Inc., P.O. Box 1608, Casper, WY 82602-1608 |
| 12918639 | + | Platinum Transport Service, 3526 Azalea Sands Dr., Spring, TX 77386-2926 |
| 12918640 | + | Pmax Energy Services Inc, 16655-2 Telge Road, Cypress, TX 77429-1387 |
| 12918642 | | Rig Runner, 24955 I45 North, The Woodlands, TX 77380 |
| 12918643 | + | Schumacher-Dixie, LLC, 5610 Polk Street, Houston, TX 77023-2106 |
| 12918644 | + | Spira Systems Inc, 16518 Aldine Westfield Road Suite A, Houston, TX 77032-1363 |
| 12918645 | + | Steel River Manufacturing LLC, 18300 Strack Drive Suite 800, Spring, TX 77379-8798 |
| 12918646 | + | Surface Resistance Technologies LLC, 2998 Old Highway 105 E, Conroe, TX 77301-6452 |
| 12918647 | + | Tellez Machine, 606 Midland Dr, Houston, TX 77037-1227 |
| 12918579 | + | Timothy L. Wentworth, Okin Adams Bartlett Curry LLP, 1113 Vine St., Suite 240, Houston, TX 77002-1044 |
| 12918648 | + | Timothy W. Strickland, Kean Miller, LLC, 711 Louisiana St., Suite 1800, Houston, TX 77002-2832 |
| 12918649 | | Triumph Express, 5805 Archduke Dr., Houston, TX 77032 |
| 12918651 | + | United Machine Works, P O Box 525, New Waverly, TX 77358-0525 |
| 12918652 | + | Viking Power Technologies, 5203 Aeropark Dr., Houston, TX 77032-4039 |
| 12918653 | #+ | Viper Energy Technology, 16623 Aldine Westfield Rd., Houston, TX 77032-1351 |
| 12918654 | + | William Hotze, Kane Russell Coleman Logan, PC, 5151 San Felipe, 8th Floor, Houston, TX 77056-3607 |
| 12918655 | + | Workrise - Rusco Operating, LLC, 111 Congress Ave. Suite 1300, Austin, TX 78701-4092 |
| 12918657 | + | Xela Media, 851 Fisher Street unit B, Houston, TX 77018-5338 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 12918594 | + Email/Text: BKADDEN@LAWLA.COM | Apr 23 2025 21:19:00 | Benjamin W. Kadden, Lugenbuhl, Wheaton, Peck, Rankin, 601 Poydras, Suite 2775, New Orleans, LA 70130-6041 |
| 12927906 | + Email/Text: bankruptcy@bbandt.com | Apr 23 2025 21:17:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 12918581 | + Email/Text: ustpregion07.hu.ecf@usdoj.gov | Apr 23 2025 21:18:00 | United States Trustee's Office, 515 Rusk St., Suite 3516, Houston, TX 77002-2604 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12918559 | | Alliance Energy Partners, LLC20008 Champions Fore, United States Trustee's Office515 Rusk, 405 Technology SolutionsPO Box 8433M, ADM Machine Shop14217 HWY TX-105Conr, Adobe Oilfield Services, Ltd705 W. Hill, AI Driller Inc1801 W Wall StMidland |
| 12918560 | | Timothy L. WentworthOkin Adams Bartlett Curry LLP, Alliance Energy Partners, LLC20008 Cham, United States Trustee's Office515 Rusk, 405 Technology SolutionsPO Box 8433M, ADM Machine Shop14217 HWY TX-105Conr, Adobe Oilfield Services, Ltd705 W. Hill |
| 12918558 | | Timothy L. WentworthOkin Adams Bartlett Curry LLP |
| 12918580 | *+ | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| 12918589 | *+ | Alliance Farm and Ranch, LLC, 5450 Honea Egypt Rd., Montgomery, TX 77316-2364 |
| 12918611 | *+ | Drilling Tools International, 1514 South County Road 1309, Midland, TX 79707-5839 |
| 12918617 | *+ | DynoMax Drilling Tools USA, Inc., 2830 Farrell Road, Houston, TX 77073-4106 |
| 12918622 | *+ | GeoGuidance Drilling Services, P.O. Box 42647, Bakersfield, CA 93384-2647 |
| 12918641 | *+ | Pmax Energy Services Inc, 16655-2 Telge Road, Cypress, TX 77429-1387 |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf001 | Total Noticed: 74 |

| | | |
|---|---|---|
| 12918656 | *+ | Workrise- Rusco Operating, LLC, 111 Congress Ave. Suite 1300, Austin, TX 78701-4092 |
| 12918597 | ##+ | Black Diamond Oilfield Rentals, LLC, 15425 North Freeway Suite 350, Houston, TX 77090-6016 |
| 12918619 | ##+ | FT Machine LLC, 820 Turney Dr, Houston, TX 77038-3922 |
| 12918650 | ##+ | Turnazontal LLC, 8514 Hamer Ranch, San Antonio, TX 78254-4526 |

TOTAL: 3 Undeliverable, 7 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin William Randall Renshaw | on behalf of Creditor IAE International  Inc justin@renshaw-law.com, kim@renshaw-law.com |
| Noah E Meek | on behalf of Interested Party Dustin Etter nmeek@imtexaslaw.com |
| Timothy L. Wentworth | on behalf of Debtor Alliance Energy Partners  LLC twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4